UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KATINA DURAN,

        Appellant,

-vs-                              Case No.  5:13-cv-571-Oc-10PRL

NEIL F. LURIA, as Plan Trustee for the
TAYLOR, BEAN & WHITAKER PLAN
TRUST,

        Appellee.

_____/

### MEMORANDUM OPINION

This is an appeal from an order entered by the Bankruptcy Court.  The Court has jurisdiction pursuant to 28 U.S.C. § 158(a)(1).

The Order being appealed is an Order entered on August 8, 2013, denying reconsideration of an earlier order, entered two years before, disallowing a claim filed by the Appellant against the Debtor.

The Appellant, Katina Duran, is proceeding *pro se*.  It is clear that she was extremely frustrated by the dealings she had with the Debtor, and has become equally frustrated by her experiences as a *pro se* litigant in trying to prosecute her claims in the Bankruptcy Court.

Unfortunately, however, her brief and her reply brief are nothing more than a disjointed and largely incomprehensible recitation of her grievances without any

cogent argument whatever demonstrating any error in fact or law in the order on appeal.  It follows that the Bankruptcy Court is, in all respect, AFFIRMED.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida, this 11th day of February, 2015.

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
Katina Duran, *pro se*
Maurya McSheehy, Courtroom Deputy